[Crim. No. 1976.  In Bank.—March 24, 1916.]

THE PEOPLE, Respondent, v. FREDERICK R. C. EILERSFICKEN, Appellant.

MEDICAL PRACTICE ACT.—Judgment and order affirmed on the authority of *People* v. *Jordan, ante*, p. 391.

APPEAL from a judgment of the Superior Court of San Diego County, and from an order refusing a new trial.  T. L. Lewis, Judge.

The facts are similar to those stated in the opinion in *People* v. *Jordan, ante,* p. 391.

D. F. Glidden, and A. T. French, for Appellant.

U. S. Webb, Attorney-General, Robert M. Clarke, Deputy Attorney-General, and D. V. Mahoney, District Attorney, for Respondent.

MELVIN, J.—The questions involved in the appeals herein from the judgment and from the order denying defendant's motion for a new trial are the same as those which arose in the appeals in *People* v. *Jordan,* Crim. 1973 (opinion filed March 24, 1916), *ante, p.* 391, and upon the authority of that case the judgment and order are affirmed.

Henshaw, J., Sloss, J., Shaw, J., Lawlor, J., and Angellotti, C. J., concurred.

MEDICAL PRACTICE ACT.—Judgment and order affirmed on the authority of *People* v. *Jordan, ante,* p. 391.

